UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD ALLEN HARDRICK, JR., *et al.*,

    Plaintiffs,

v.

THE CITY OF DETROIT, *et al.*,

    Defendants

_____/

Case No. 2:15-cv-13884
District Judge Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

# ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATE SERVICE (DE 41)

This matter is before the Court for consideration of Plaintiffs' motion for alternate service of non-party subpoena (DE 41), Defendants' response (DE 47), Plaintiffs' reply (DE 51), and the parties' joint statement of resolved and unresolved issues (DE 64). In their motion, Plaintiffs explain that personal service of a subpoena on Dr. Marilyn Berkley has failed and ask the Court to allow the service by first class mail and posting of the subpoena on the front door of Dr. Berkley's residence at 30888 Sunderland Drive, Farmington Hills, Michigan, 48331.

The parties, through counsel, came before me for a hearing on this matter on August 1, 2016. For the reasons stated on the record, Plaintiffs' motion for alternate service is **GRANTED**. Any subpoena served on Dr. Berkley by these

methods must be accompanied by a copy of this Order, and shall have full force and effect.

    **IT IS SO ORDERED.**


Dated: August 3, 2016        s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the document was sent to parties of record on August 3, 2016, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti