UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLOYD ALLEN HARDRICK,
JR., *et al.*,

        Plaintiffs,

v.

THE CITY OF DETROIT, *et al.*,

        Defendants
_____/

Case No. 2:15-cv-13884
District Judge Nancy G. Edmunds
Magistrate Judge Anthony P. Patti

## ORDER HOLDING IN ABEYANCE NEUMAN, ANDERSON, GRIECO, & MCKENNEY, P.C.'S MOTION TO WITHDRAW AS COUNSEL (DE 42)

This matter is before the Court for consideration of Neuman, Anderson, Grieco, & McKenney, P.C.'s ("Neuman's") motion to withdraw as Plaintiff Kaitlyn McNay-Collins' counsel (DE 42), Defendants' response (DE 48), Neuman's reply (DE 50), and the parties' joint statement of resolved and unresolved issues (DE 64). Neuman explains that no one in the firm has been able to get in contact with Plaintiff McNay-Collins since December 2015 and asks the Court to allow the firm to withdraw as her counsel.

This matter came before me for a hearing on August 1, 2016. For the reasons stated on the record, I will hold this motion in abeyance until at least September 13, 2016, at which time counsel will advise and update the Court concerning the status of contact with Ms. McNay-Collins. The Court has ordered

McNay-Collins to appear on that date to show cause as to why her claims should not be dismissed and why her deposition should be allowed to proceed. (DE 68.) Prior to that date, Neuman shall attempt to contact McNay-Collins in the following ways: 1) by calling her telephone and leaving a voicemail, if necessary; 2) by conducting a limited online investigation of her current whereabouts; and 3) by having someone from the law firm make a trip to Plaintiff McNay-Collins' current address to see if contact can be made. Neuman shall certify its further contact attempts on the record on September 13, 2016. Additionally, Neuman shall personally serve all of the Court's written orders (DE 66-69, including this order) on McNay-Collins at her last known address and shall file proof of service of the same on the Court's docket.

    **IT IS SO ORDERED.**


Dated: August 3, 2016        s/Anthony P. Patti
                                      Anthony P. Patti
                                      UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the document was sent to parties of record on August 3, 2016, electronically and/or by U.S. Mail.

                                      s/Michael Williams
                                      Case Manager for the
                                      Honorable Anthony P. Patti